UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
AURELIO VILLA GARCIA, *individually and on behalf of others similarly situated*,

                  *Plaintiff*,

-against-

TURKISH CORNER, INC. (D/B/A ISTANBULBAY RESTAURANT F/K/A ISTANBUL TURKISH CAFE AND RESTAURANT), B Z S TURKISH RESTAURANT, INC. (D/B/A ISTANBULBAY RESTAURANT F/K/A ISTANBUL TURKISH CAFE AND RESTAURANT), ZAFER BOZKURTON (A.K.A ZAFER BOZKURT), SEYRAN SAY, and BLIKI DOE,

                  *Defendants*.
------------------------------------------------------X

Docket No.: 20-cv-02563-AMD-RLM

~~PROPOSED~~ **JUDGMENT**

WHEREAS, on or about April 5, 2021, Defendants, TURKISH CORNER, INC. (d/b/a ISTANBULBAY RESTAURANT f/k/a ISTANBUL TURKISH CAFE AND RESTAURANT), B Z S TURKISH RESTAURANT, INC. (d/b/a ISTANBULBAY RESTAURANT f/k/a ISTANBUL TURKISH CAFE AND RESTAURANT), ZAFER BOZKURTON (a/k/a ZAFER BOZKURT), SEYRAN SAY, and BLIKI DOE, extended to Plaintiff, AURELIO VILLA GARCIA, an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Twenty-Five Thousand Dollars and No Cents ($25,000.00)</u>, and whereas said Plaintiff accepted said offer on or about April 19, 2021,

JUDGMENT shall be entered in favor of Plaintiff and against Defendants in the amount of <u>Twenty-Five Thousand Dollars and No Cents ($25,000.00)</u>.

Dated: Brooklyn, New York
      April 28 , 2021

                                              s/Ann M. Donnelly
                                              _____
                                              HON. ANN M. DONNELLY, U.S.D.J.